No. 92–1500. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. *v.* BOHLEN. C. A. 8th Cir. [Certiorari granted, 508 U. S. 971.] Motion for appointment of counsel granted, and it is ordered that Richard H. Sindel, Esq., of Clayton, Mo., be appointed to serve as counsel for respondent in this case.

No. 92–1662. UNITED STATES *v.* GRANDERSON. C. A. 11th Cir. [Certiorari granted, 509 U. S. 921.] Motion for appointment of counsel granted, and it is ordered that Gregory S. Smith, Esq., of Atlanta, Ga., be appointed to serve as counsel for respondent in this case.

No. 92–1831. NORTHERN KENTUCKY WELFARE RIGHTS ASSN. ET AL. *v.* JONES, GOVERNOR OF KENTUCKY. C. A. 6th Cir.;

No. 92–1920. LIVADAS *v.* AUBRY, CALIFORNIA LABOR COMMISSIONER. C. A. 9th Cir.; and

No. 93–201. ALLEN & CO. INC. *v.* PACIFIC DUNLOP HOLDINGS INC. C. A. 7th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 92–1839. COLGATE-PALMOLIVE CO. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Motions of Committee on State Taxation et al. and Tax Executives Institute, Inc., for leave to file briefs as *amici curiae* granted.

No. 92–2038. ASGROW SEED CO. *v.* WINTERBOER ET AL., DBA DEEBEES. C. A. Fed. Cir. Motions of American Seed Trade Association, Intellectual Property Owners, and American Intellectual Property Law Association for leave to file briefs as *amici curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–2058. HAWAIIAN AIRLINES, INC. *v.* NORRIS; and FINAZZO ET AL. *v.* NORRIS. Sup. Ct. Haw. Motion of Air Transport Association of America for leave to file a brief as *amicus curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–6259. ADAMS *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., 508 U. S. 974. Respondents are requested to file a response to petition for rehearing within 30 days.